In the Matter of AGWI NAVIGATION COMPANY.

Benjamin HIRSCH et al., Appellants, v. NEW YORK & CUBA MAIL S. S. CO. et al., Appellees.

No. 441.

Circuit Court of Appeals, Second Circuit.
July 26, 1937.

Charles R. Conway and Victor House, both of New York City (Samuel H. Levinkind, of New York City, of counsel), for appellants.

Bigham, Englar, Jones & Houston and Burlingham, Veeder, Clark & Hupper, all of New York City (Oscar R. Houston and Charles A. Van Hagen, Jr., both of New York City, of counsel), for appellees.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

The BALTIMORE & OHIO RAILROAD COMPANY, Appellant, v. ATLANTIC COAST LINE RAILROAD COMPANY, Appellee.

No. 4172.

Circuit Court of Appeals, Fourth Circuit.
June 14, 1937.

For opinion of court below, see 16 F. Supp. 647.

Charles R. Webber and John J. Fitzpatrick, both of Baltimore, Md., for appellant.

Arthur W. Machen and H. Vernon Eney, both of Baltimore, Md., for appellee.

PER CURIAM.
Case dismissed under rule 20 in accordance with agreement of counsel.

Joseph BERGER, Appellant, v. CORONADO HOTEL COMPANY et al.

No. 10970.

Circuit Court of Appeals, Eighth Circuit.
July 6, 1937.

Robert L. Aronson, of St. Louis, Mo., for appellant.

Rassieur, Long & Yawitz, David Levinson, and Joseph H. Grand, all of St. Louis, Mo., for appellees.

PER CURIAM.
Petition for allowance of appeal from orders of United States District Court for the Eastern District of Missouri, denied.

Peter BISAGNO et al. v. The OHIO OIL COMPANY, a Corporation, et al.

No. 1537.

Circuit Court of Appeals, Tenth Circuit.
Sept. 14, 1937.

D. W. Eaton, of Wichita, Kan., for appellants.

Joseph G. Carey, of Wichita, Kan., for appellees.

Before PHILLIPS and BRATTON, Circuit Judges, and SYMES, District Judge.

PER CURIAM.
Appeal dismissed for want of jurisdiction, at appellants' costs.